IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DORIOUS TAYLOR,
A# 034–305–051,

     Plaintiff,

v.                                              4:19cv476–WS/CAS

DEPARTMENT OF HOMELAND
SECURITY,

     Defendant.

_____

ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (ECF No. 6) docketed November 21, 2019. The magistrate judge recommends that the plaintiff's action be dismissed for failure to prosecute and to provide the court with a valid mailing address.

Upon review of the record, this court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's amended report and recommendation (ECF No. 6) is hereby ADOPTED and incorporated by reference into this order.

2. The plaintiff's complaint and this action are DISMISSED without prejudice for failure to prosecute and to provide the court with a valid mailing address.

3. The clerk shall enter judgment stating: "All claims are DISMISSED without prejudice."

DONE AND ORDERED this __4th__ day of __December__, 2019.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE